IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION – CINCINNATI

| | | |
|---|---|---|
| TYSHAWN COLE, | : | Case No. 1:21-cv-358 |
| | : | |
| Plaintiff, | : | Judge Matthew W. McFarland |
| | : | Magistrate Judge Stephanie K. Bowman |
| vs. | : | |
| | : | |
| KANKAKEE HIGH SCHOOL, et al., | : | |
| | : | |
| Defendants. | : | |

**ENTRY AND ORDER ADOPTING REPORT AND RECOMMENDATIONS (Doc. 3)**

The Court has reviewed the Report and Recommendations of United States Magistrate Judge Stephanie K. Bowman (Doc. 3), to whom this case is referred pursuant to 28 U.S.C. § 636(b). No objections have been filed and the time for filing such objections under Fed. R. Civ. P. 72(b) has expired. Accordingly, the Court **ADOPTS** the Report and Recommendations in its entirety and **ORDERS** as follows:

(1) This action is **DISMISSED WITH PREJUDICE** for failure to state a claim for relief.

(2) Plaintiff is **WARNED** that the summary dismissal of three cases filed in this Court to date may be considered vexatious litigation practice. Further filing of cases that are subject to summary dismissal upon initial screening may subject Plaintiff to sanctions and pre-filing restrictions, in order to deter future vexatious litigation.

(3) The Court **CERTIFIES** under 28 U.S.C. § 1915(a) that an appeal of this Order would not be taken in good faith and denies leave to appeal *in forma pauperis*.

**IT IS SO ORDERED.**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO

By: _____
JUDGE MATTHEW W. McFARLAND